

# Fourth Court of Appeals
## San Antonio, Texas

February 11, 2020

No. 04-19-00578-CR

Juan **ESCALANTE-AVALOS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 17-01-00005-CRK
Honorable Russell Wilson, Judge Presiding

# O R D E R

On September 25, 2019, we abated this appeal and suspended all other appellate deadlines pending our resolution of a certification issue. On January 29, 2020, we resolved the certification issue and ordered the appeal retained on our docket. On January 30, 2020, the trial court clerk filed a supplemental clerk's record, which includes a request by appellant that trial court reporter Staci Slayden prepare the reporter's record. To date, Ms. Slayden has not filed the reporter's record or a notice of late reporter's record. It is therefore ORDERED that Ms. Slayden file the reporter's record or a notice of late reporter's record no later than ten days from the date of this order.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of February, 2020.



_____
MICHAEL A. CRUZ,
Clerk of Court